**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| ROWE PLASTIC SURGERY OF NJ LLC<br><br>          Plaintiff,<br><br>     -against-<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,<br><br>          Defendant. | Index No.: 2:24-cv-10586-CCC-SDA<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Rowe Plastic Surgery of NJ LLC, by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant Horizon Blue Cross Blue Shield of New Jersey without prejudice. Each party shall bear their own costs.

Dated: Fair Lawn, New Jersey
          September 3, 2025

GOTTLIEB AND GREENSPAN, LLC
*Attorneys for Plaintiff*


By:     /s/ Joseph G. Devine, Jr.
          Joseph G. Devine, Jr.
          17-17 Route 208, Suite 250
          Fair Lawn, New Jersey 07410
          (201) 644-0894
          jdevine@gottliebandgreenspan.com

1